**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: May 11, 2010**

_____

BK1003250
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-31976 |
| Jeffrey Eugene Manning<br>Lisa Ann Manning | Chapter 7 |
| | Judge Walter |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #12) FOR PROPERTY LOCATED AT (910 LEE ROAD TROY, OH 45373)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on April 15, 2010 as document number 12. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 910 Lee Road Troy, OH 45373.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

###